UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

    BMSL Management LLC                      Case No: 20-73181-reg
                                                         Chapter 11

                     Debtor
----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS
## PURSUANT TO BANKRUPTCY RULE 2002

        **PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned bankruptcy proceeding as attorneys for **Hillrich Holding Corp and Six Lots LLC**

        **PLEASE TAKE FURTHER NOTICE** that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002(a), (b), (e), (f), (h) and (l) be served upon

                TERENZI & CONFUSIONE, P.C.
                Attorneys for **Hillrich Holding Corp and Six Lots LLC**
                Attn: Ronald M. Terenzi, Esq.
                401 Franklin Avenue – Suite 300
                Garden City, New York 11530

Dated:    Garden City, New York
              November 9, 2020

                TERENZI & CONFUSIONE, P.C.
                *Attorneys for* **Hillrich Holding Corp and Six Lots LLC**

                By:    *\s\ Ronald M. Terenzi*
                   Ronald M. Terenzi, Esq.
                   401 Franklin Avenue, Suite 300
                   Garden City, NY 11530
                   (516) 812-4502

TO: BMSL Management LLC
   *Debtor*
   131-09 Hillside Avenue
   Richmond Hill, New York 11418

   Btzalel Hirschhorn, Esq.
   Attorney for Debtor
   Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
   80-02 Kew Gardens Road, Suite 600
   Kew Gardens, New York 11415

   United States Trustee
   *U.S. Trustee*
   Long Island Federal Courthouse
   560 Federal Plaza, Room 560
   Central Islip, New York 11722-4437

   US. Trustee Trial Attorney
   Stan Y Yang, Esq.
   Office of the United States Trustee
   Central Islip Office
   Alfonse M D'Amato US Courthouse
   560 Federal Plaza
   Central Islip, New York 11722

   Steven H. Newman, Esq.
   Attorney for MLF3 Atlantic LLC
   Katsky Korins LLP
   605 Third Avenue
   New York, New York 10158-0038